**FILED**
NOV 19 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'07 MJ 8934

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No.: |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| v. ) | 21 U.S.C. § 952 and 960 |
| Andres Guadalupe TORRES ) | Importation of a Controlled Substance (Felony) |
| Defendant. ) | |

The undersigned complainant being duly sworn states:

That on or about November 16, 2007 within the Southern District of California, defendant Andres Guadalupe TORRES, did knowingly and intentionally import approximately 12.98 kilograms (28.55 pounds) of Methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Section 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Enrique Torregrosa  Special Agent
U. S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 19th DAY OF November 2007.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, Special Agent Enrique Torregrosa, declare under penalty of perjury, the following is true and correct:

On November 16, 2007 at approximately 1337 hrs Andres Guadalupe TORRES entered the United States through the Calexico, California East Port of Entry (POE). TORRES was the driver and registered owner of a 2006 Chevrolet Silverado bearing CAUS license plate #5TMU475.

At primary Customs & Border Protection (CBP) Officer M. Gonzalez, received a negative Customs declaration from TORRES. CBP Officer Gonzalez stated that TORRES told him that he was going back home. CBP Officer Gonzalez queried TORRES utilizing the Treasury Enforcement Communication System (TECS) and TORRES was a match for name and vehicle look out. CBP Officer Gonzalez referred TORRES and his truck to vehicle secondary lot for further inspection.

Upon arrival to the vehicle secondary lot CBP Officer Acuna made contact with TORRES and obtained a negative Customs declaration. CBP Officer Acuna requested CBP Canine Officer Taylor to screen the truck utilizing his assigned Human/Narcotic Detector Dog (HNDD). CBP Canine Officer Taylor screened the truck utilizing his HNDD. The canine alerted to the passenger door of the truck, at that point CBP Canine Officer Taylor advised CBP Officers Acuna of his canine alert to the passenger door.

At this point the inspection was turned over to CBP Officer Ramos. CBP Officer Ramos contacted TORRES and obtained a negative Customs declaration. CBP Officer Ramos also stated that TORRES was coming back from a bank in Mexicali, Baja California, Mexico and that TORRES was going back to El Centro, California. A further inspection of the passenger door by CBP Officer Ramos revealed several packages containing a brown crystal substance, which field-tested positive for methamphetamine. CBP Officer Ramos removed twenty packages from the passenger doors and obtained a net weight of 12.98 kilograms (55.28 pounds) of methamphetamine.

Calexico ICE Special Agents Torregrosa and Galvan were notified and responded to the Calexico East POE.

TORRES was arrested in violation of 21 U.S.C. § 952 & 960, Importation of a Controlled Substance. TORRES acknowledged and invoked his Miranda Rights.

Executed on November 16, 2007 @ <u>2345 hours</u>.

Enrique Torregrosa, Special Agent
U. S. Immigration & Customs Enforcement

On the basis of the facts presented in this probable cause statement consisting of <u>2</u> page, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on 11/16/07 in violation of 21 U.S.C. §§ 952 & 960.

Jan M. Adler
United States Magistrate Judge

11/17/07 @ 11:43 a.m.
Date/Time

TOTAL P.03