1 **MICHELLE BETANCOURT**
California State Bar No. 215035
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4 Facsimile: (619) 687-2666
michelle_betancourt@fd.org
5
6 Attorneys for Defendant Mr. Torres

8 UNITED STATES DISTRICT COURT
9 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, )<br>         )<br>12         Plaintiff,     )<br>         )<br>13 v.           )<br>         )<br>14 ANDRES GUADALUPE TORRES,   )<br>         )<br>15         Defendant.    )<br>         ) | Case No. 07mj8934<br><br>**NOTICE OF APPEARANCE** |

17    Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney
19 in the above-captioned case.

20                                    Respectfully submitted,

21 Dated: November 21, 2007          s/ *Michelle Betancourt*
                                  **MICHELLE BETANCOURT**
22                                 Federal Defenders of San Diego, Inc.
                                  Attorneys for Defendant
23                                 michelle_betancourt@fd.org