1 **MICHELLE BETANCOURT**
California State Bar No. 215035
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4 Facsimile: (619) 687-2666
michelle_betancourt@fd.org
5

6 Attorneys for Mr. Torres

7

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, ) | Case No. 07mj8934 |
| ) | |
| 12 Plaintiff, ) | |
| ) | |
| 13 v. ) | PROOF OF SERVICE |
| ) | |
| 14 **ANDRES GUADALUPE TORRES**, ) | |
| ) | |
| 15 Defendant. ) | |
| ) | |

16

17       Counsel for Defendant certifies that the foregoing pleading is true and accurate to the

18 best of her information and belief, and that a copy of the foregoing document has been served via

19 CM/ECF this day upon:

20       Assistant United States Attorney's Office
        efile.dkt.gc1@usdoj.gov
21

22 Dated: November 21, 2007                    *s/ Michelle Betancourt*
                                              MICHELLE BETANCOURT
23                                            Federal Defenders
                                              225 Broadway, Suite 900
24                                            San Diego, CA 92101-5030
                                              (619) 234-8467 (tel)
25                                            (619) 687-2666 (fax)
                                              e-mail: michelle_betancourt@fd.org
26

27

28