**FILED**
DEC - 4 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>            Plaintiff,  )<br>  )<br>       v.  )<br>  )<br>ANDRES GUADALUPE TORRES,  )<br>  )<br>            Defendant.  )<br>_____  ) | Criminal Case No. 07CR3265-LAB<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine (Felony) |

The United States Attorney charges:

On or about November 16, 2007, within the Southern District of California, defendant ANDRES GUADALUPE TORRES, did knowingly and intentionally import 50 grams or more, to wit: approximately 12.98 kilograms (28.55 pounds), of Methamphetamine (actual), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: December 4, 2007.

KAREN P. HEWITT
United States Attorney

/s/ JOSEPH J.M. ORABONA
JOSEPH J.M. ORABONA
Assistant U.S. Attorney

JJO:jam:Imperial
12/3/07