JAO 455 (Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

ANDRES GUADALUPE TORRES

**WAIVER OF INDICTMENT**

CASE NUMBER: 07CR3265-LAB

I, ANDRES GUADALUPE TORRES, the above-named defendant, who is accused of committing the following offense:

Importation of Methamphetamine, in violation of Title 21, United States Code, Sections 952 and 960 (Felony).

Being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on December 04, 2007 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _____
Defendant

_____
Defense Counsel

Before _____
Judicial Officer

**FILED**
DEC 0 4 2007
_____, _____ CT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY