```
                              FILED
                           DEC 1 8 2007
                       CLERK, U.S. DISTRICT COURT
                     SOUTHERN DISTRICT OF CALIFORNIA
                     BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. **07CR3265-LAB** |
| Plaintiff, | ) | **CONSENT TO RULE 11 PLEA IN A FELONY CASE BEFORE UNITED STATES MAGISTRATE JUDGE** |
| v. | ) | |
| **ANDRES GUADALUPE TORRES,** | ) | |
| Defendant. | ) | |

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge. I hereby declare my intention to enter a plea of guilty in the above case, and I request and consent to have my plea taken by a United States Magistrate Judge pursuant to Rule 11 of the Federal Rules of Criminal Procedure.

I understand that if my plea of guilty is taken by the United States Magistrate Judge, and the Magistrate Judge recommends that the plea be accepted, the assigned United States District Judge will then decide whether to accept or reject any plea agreement I may have with the United States and will adjudicate guilt and impose sentence.

I further understand that any objections to the Magistrate

1  Judge's findings and recommendation must be filed within 14 days
2  of the entry of my guilty plea.
3
4
5  Dated: 12/18/07
                                    _____
6                                   ANDRES GUADALUPE TORRES
                                    Defendant
7
8
9  Dated: 12/18/07
                                    _____
10 BETANCOURT                       FEDERAL DEFENDERS BY MICHELLE
                                    ALAN BAUM
                                    Attorney for Defendant
11
12
13     The United States Attorney consents to have the plea in this
14 case taken by a United States Magistrate Judge pursuant to
15 Criminal Local Rule 11.2.
16
17
18 Dated: 12/18/07
                                    _____
                                    JOSEPH ORABONA
19                                  Assistant United States Attorney
20
21
22
23
24
25
26
27
28