1  ALAN R. BAUM (SBN 42160)
United Defense Group
2  California State Bar # 42160
4181 Sunswept Dr.
3  Studio City, California 91604
Telephone: (818) 487-7400
4  Facsimile:  (818) 487-7414
Email: abaum@udgmail.com
5
Attorney for Defendant
6  Andres Guadalupe Torres

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

UNITED STATES OF AMERICA,            )        Docket No. 07CR3265-LAB
11                                   )
                    Plaintiff,       )
12                                   )
            v.                       )
13                                   )      **NOTICE OF APPEARANCE**
ANDRES GUADALUPE TORRES,             )
14                                   )
                                     )
15            Defendant.             )

16

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

17

18       I, the undersigned attorney, enter my appearance as counsel for the defendant , Andres

Guadalupe Torres, in the above captioned case.  I certify that I am admitted to practice before this
19

court.
20

21

DATED:  December 21, 2007                           /s/   Alan Baum
22  _____                 ALAN BAUM
                                                    Attorney at Law
23

24

25

26

27

28

                                      1