UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Docket No. 07CR3265-LAB |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **CERTIFICATE OF SERVICE** |
| ANDRES GUADALUPE TORRES, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY CERTIFIED THAT:

I, Alan Baum, am a citizen of the United States and am at least 18 years of age. My business address is 4181 Sunswept Dr., Studio City, California 91604.

I am not a party to the above entitled action. I have caused service of the Notice of Appearance, dated December 21, 2007, on the following parties by electronically filing the foregoing with the Clerk of the United States District Court using the ECF System which electronically notifies them:

Joseph J.M. Orabona
Assistant United States Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 557-5610
Fax: (619) 235-2757
Email:joseph.orabona@usdij.gov

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 21, 2007

/s/  Alan Baum
ALAN BAUM
Attorney at Law

1